1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3740
7      Facsimile:  (510) 637-3724
       E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   No. 4-11-70780-MAG
                                        )   No. 4-11-70781-MAG
14          Plaintiff,                  )
                                        )   STIPULATION AND [PROPOSED]
15     v.                               )   ORDER TO CONTINUE STATUS
                                        )   CONFERENCE AND EXCLUDE TIME
16 EDUARD ARAKELYAN, and                )   UNDER THE SPEEDY TRIAL ACT
   ARMAN VARDANYAN,                     )
17                                      )
            Defendants.                 )
18

19     IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendants through their undersigned attorneys, Leo Fasen and

21 Jerry Kaplan, that the preliminary hearing or arraignment presently set for October 24, 2011, be

22 continued to November 17, 2011 at 9:30 a.m.  Defense counsel requires additional time to

23 review the produced discovery and conduct necessary investigation.  In addition, Mr. Kaplan is

24 returning from leave and unavailable for the final week of October.  The parties agree that the

25 delay is not attributable to lack of diligent preparation on the part of the attorney for the

26 government or defense counsel.  For these reasons, the parties request that time under the Speedy

27 Trial Act be excluded based on the defense's need for reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence.  Defendant also agrees to waive

1 the timing of a preliminary hearing or indictment under 18 U.S.C. § 3161(b) and Federal Rule of
2 Criminal Procedure 5.1.  The parties agree that the waiver covers all time between the date of
3 this stipulation and November 17, 2011.
4 IT IS SO STIPULATED:

Dated: October 19, 2011                                         /S/
                                                                                      JERRY KAPLAN
*Attorney for Defendant Vardanyan*

Dated: October 19, 2011                                         /S/
                                                                                      LEO FASEN
*Attorney for Defendant Arakelyan*

Dated: October 19, 2011                                         /S/
                                                                                      JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for October 24, 2011 is hereby rescheduled for November 17, 2011 at 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between October 19, 2011 and November 17, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between October 19, 2011 and November 17, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between October 19, 2011 and November 17, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  In addition, upon consent of defendant, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1.  The waiver covers all time between

//

1  October 19, 2011 and November 17, 2011.  The court finds that the ends of justice served by the
2  continuance outweigh the interests of the public and the defendant, and good cause to extend the
3  time for a preliminary hearing.

5  DATED: October 20, 2011          _____
                                    HONORABLE LAUREL BEELER
6                                   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Nos. 4-11-70780/4-11-70781                 -3-